UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARROWSMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>AMARJIT DOSANJH,<br><br>   Defendant. | No.  2:20–mc–0272–MCE–CKD PS<br><br>ORDER TO SHOW CAUSE<br><br>(ECF NO. 6) |

On October 23, 2020, the Clerk of Court issued a Writ of Execution directing enforcement of a January 21, 2020 judgment entered in the Bankruptcy Court for the Eastern District of Virginia in favor of plaintiff as judgment creditor and against one "Amarjit Dosanjh." (ECF No. 4.)  On the Writ, plaintiff's counsel listed the judgment debtor to whom a copy of the Writ was to be mailed as Amarjit Dosanjh, residing in Yuba City, California.  (Id. at 3.)

On October 29, 2020, the court received a letter and attachments from Amarjit K. Dosanjh, which was docketed in this action as a motion to dismiss.  (ECF No. 6.)  Therein, Ms. Dosanjh states that she has been mistaken for Amarjit S. Dosanjh, MD, residing in Concord, California, the individual against whom plaintiff obtained the adverse bankruptcy judgment.  (Id. at 1.)  Ms. Dosanjh explains that she has previously received other paperwork regarding this matter, and at one point was in communication with plaintiff's counsel who stated that her name would be cleared from this case.  (Id.)  Ms. Dosanjh attaches proof of her identity and address,

1

which matches the Yuba City address listed on the Writ, along with court documents from the bankruptcy action against "Amarjit S. Dosanjh, M.D. A Medical Corporation" and an Amarjit Dosanjh residing in Concord, California.  (Id. at 1-41.)  Ms. Dosanjh asserts that she has never had a medical corporation in her name, and requests that the court dismiss her from this action in which she has been mistakenly involved.  (Id. at 1.)

The court is inclined to agree with movant that she has been incorrectly identified as the judgment debtor on the recently issued Writ of Execution and issues this order to show cause in an effort to resolve the matter as soon as possible.

Accordingly, IT IS ORDERED that:

1. Within 14 days of the date of this order, plaintiff shall show cause in writing why the October 23, 2020 Writ of Execution (ECF No. 4) should not be vacated as improperly issued against the wrong judgment debtor;
2. The Clerk of Court is directed to send a copy of this order to Amarjit Dosanjh at the address provided in the document filed at ECF No. 6; and
3. Until further notice by the court, plaintiff shall refrain from filing or lodging the Writ of Execution with any persons or entities.

Dated:  November 4, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19, dosa.0272

2